1  Michael F. Ram (SBN 104805)
2  Marie N. Appel (SBN 187483)
   Francesca K. Burne (*Admitted Pro Hac Vice*)
3  **MORGAN & MORGAN**
4  **COMPLEX LITIGATION GROUP**
   711 Van Ness Avenue, Suite 500
5  San Francisco, CA 94102
6  Telephone:  (415) 358-6913
   Facsimile:   (415) 358-6923
7  Email:        mram@forthepeople.com
                 mappel@forthepeople.com
8                fkester@forthepeople.com
9  *Attorneys for Plaintiff*

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| YOLANDA BRADFORD, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>HATCH BANK<br><br>Defendant. | Case No.:  3:23-CV-0465<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

Plaintiff Yolanda Bradford, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses her claims in this action in their entirety with prejudice, with each party to bear its own attorney's fees and costs.

Date: August 2, 2023

By    /s/ *Michael F. Ram*

Michael F. Ram (SBN 104805)

NOTICE OF VOLUNTARY DISMISSAL            1

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com

Counsel for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL 2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Voluntary Dismissal* was served electronically via the Court's electronic filing system to all counsel of record on this August 2, 2023.

          *s/ Michael F. Ram*
          Michael F. Ram

NOTICE OF VOLUNTARY DISMISSAL    3